UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD JAMES POLLAK,

Defendant,

2014 JUN 24 P 12: 19

JON W. SANFILIPPO
CLERK

Case No. 14-CR-**14** . **CR13** 9
[Title 21, United States Code,
Sections 841(a)(1), (b)(1)(C), and Title
18, United States Code, Section 2]

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES:

1. On or about November 2, 2013, in the State and Eastern District of Wisconsin,

### RONALD JAMES POLLAK

knowingly and intentionally distributed a mixture and substance containing heroin, a Schedule I controlled substance.

2. Death and serious bodily injury, including the heroin overdose death of S.J., resulted from the use of heroin distributed.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about January 21, 2014, in the State and Eastern District of Wisconsin,

**RONALD JAMES POLLAK**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.　On or about February 2, 2014, in the State and Eastern District of Wisconsin,

**RONALD JAMES POLLAK**

knowingly and intentionally distributed a controlled substance.

2.　The offense involved a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/FOREPERSON

Dated: 24 June 2014

JAMES L. SANTELLE
United States Attorney